IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 2:16-cr-12 |
| ROMIA DANIELS, et al., | |
| Defendants. | |

## O R D E R

Based on the Government's oral motion, the Court finds that the ends of justice in designating this case as complex and excluding time under the Speedy Trial Act outweigh the best interest of the public and Defendants in a speedy trial. In making this determination, the Court has considered the number of Defendants and the nature of the prosecution, along with the volume and complexity of discovery produced by the Government, and concludes that absent a continuance under the Speedy Trial Act, it would be unreasonable to expect adequate preparation for pretrial proceedings or for trial. Consequently, the Court grants the Government's oral motion for extension of time to prepare motions. Pretrial motions are due to be filed on or before **July 1, 2016**. The opposing party shall have thirty (30) days to respond to any motion; however, the Government may file a joint response, where practical, within thirty (30) days after all Defendants' pretrial motions have been filed. Counsel for Defendants shall file a separate motion for each relief sought and shall not file a consolidated motion. This deadline supersedes all prior motion deadlines in this case and shall apply to all parties.

Pretrial motions received by the Clerk outside the required period shall not be filed without leave of Court. Untimely motions will not be considered absent a showing of good cause for failure to file within the time set by the Court.

Assuming that a liberal discovery policy will be followed by the United States Attorney in this case, many, if not all of the routine discovery motions filed by a Defendant, may be satisfied without the need for intervention by the Court. The Court will conduct a motions hearing to consider any unresolved motions. Prior to scheduling any such hearing, the Court will ask the parties to specify which motions (if any) remain in dispute. The Court will then hear argument and/or receive evidence on the unresolved motions.

Counsel are instructed to file all requests to charge and proposed voir dire questions at least seven (7) days before jury selection. **If Defendant is in custody at the time of trial, it is the responsibility of counsel to ensure that Defendant has appropriate attire to wear in the presence of the jury**.

**SO ORDERED**, this 3rd day of May, 2016.

R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA