# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

UNITED STATES OF AMERICA,

      v.

ROMIA DANIELS,

      Defendant.

CR 216-012-1

## ORDER

Before the Court is Defendant Romia Daniels's motion for early termination of supervised release.  Dkt. No. 1206.  For the reasons below, Defendant's motion is **GRANTED**.

## BACKGROUND

Pursuant to a written plea agreement, Defendant pleaded guilty to a lesser included offense of Count 1 of the Indictment, that is, conspiracy to possess with intent to distribute cocaine, in violation of 21 U.S.C. § 841(a)(1), § 841(b)(1)(C), and § 846. Dkt. Nos. 500, 694.  On April 21, 2017, the Court sentenced Defendant to eighty-four months' imprisonment, to run consecutively to his revoked state parole term, followed by three years of supervised release.  Dkt. No. 694.  The Court also imposed special conditions of supervision, as well as a $100 special assessment.  Id.

On or about January 17, 2023, Defendant was released from Bureau of Prisons' custody and commenced his term of supervision. Defendant has completed twenty months of his thirty-six-month term of supervision and now moves the Court for early termination of same.  Dkt. No. 1206.

In his motion, Defendant argues that since he began his term of supervision, he has been in full compliance with all conditions thereof.  Id.  He states he has maintained stable employment and has gotten married.  Id.  The Court notes all of Defendant's drug screens have yielded negative results, and he has paid his special assessment in full.  Finally, Defendant's motion is unopposed by the Government, as well as the United States Probation Office.

Under 18 U.S.C. § 3583(e)(1), a "court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and in the interests of justice."

The Court concludes that, after serving over one-half of his term of supervision, Defendant has satisfied the relevant § 3553(a) factors for early termination of supervised release.

Importantly, Defendant has shown that he has taken full responsibility for his actions and has changed his life for the better. Accordingly, Defendant's motion for early termination of supervision, dkt. no. 1206, is **GRANTED.** Defendant's term of supervised release is hereby terminated.

    **SO ORDERED** this __2__ day of October, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA